In the Matter of the Claim of ANNA BRADY, Respondent, against BEHR-MANNING CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 20, 1949; decided May 26, 1949.

*John J. Conners, Jr.,* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Wendell P. Brown* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.